NUMBER 13-07-759-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

IN RE: ANTONIO BEJARAN, JR. _______________________________________________________


On Petition for Writ of Mandamus

_______________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 


Per Curiam Memorandum Opinion (1)



 Relator, Antonio Bejaran, Jr., filed a petition for writ of mandamus in the above
cause on December 31, 2007. However, the party filing a petition for a writ of mandamus
bears the burden of providing the court with a sufficient record to establish the petitioner's
right to mandamus relief. Tex. R. App. P. 52.7. The rules that govern our review of
relator's petition require, for example, that the petition be accompanied by a certified or
sworn copy of every document that is material to the relator's claim for relief and that was
filed in any underlying proceeding. See id. at rule 52.7(a)(1); see also id. at rule 52.3(j)
(required contents of appendix to petition include certified or sworn copy of "any order
complained of"). Relator has not submitted an appendix or any other material constituting
a record to support his petition. He, therefore, cannot demonstrate that the trial court has
abused its discretion or violated a duty imposed by law.

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought. 
Accordingly, relator's petition for writ of mandamus is denied. See id. at rule 52.8(a).

 PER CURIAM



Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 7th day of January, 2008.

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).